**UNITED STATES of America,
Plaintiff-Appellee,**

v.

**David Neil PHILLIPS, a/k/a Neil
Phillips, Defendant-
Appellant.**

No. 16-6632

United States Court of Appeals,
Fourth Circuit.

Submitted: November 10, 2016

Decided: January 6, 2017

David Neil Phillips, Appellant Pro Se.
Jennifer P. May-Parker, Assistant United
States Attorney, Seth Morgan Wood, Of-
fice of the United States Attorney, Ra-
leigh, North Carolina, for Appellee.

Before NIEMEYER and HARRIS,
Circuit Judges, and DAVIS, Senior Circuit
Judge.

Unpublished opinions are not binding
precedent in this circuit.

PER CURIAM:

David Neil Phillips seeks to appeal the
district court's order denying relief on his
28 U.S.C. § 2255 (2012) motion. The order
is not appealable unless a circuit justice or
judge issues a certificate of appealability.
28 U.S.C. § 2253(c)(1)(B) (2012). A certifi-
cate of appealability will not issue absent
"a substantial showing of the denial of a
constitutional right." 28 U.S.C.

§ 2253(c)(2) (2012). When the district court
denies relief on the merits, a prisoner sat-
isfies this standard by demonstrating that
reasonable jurists would find that the dis-
trict court's assessment of the constitution-
al claims is debatable or wrong. Slack v.
McDaniel, 529 U.S. 473, 484, 120 S.Ct.
1595, 146 L.Ed.2d 542 (2000); see Miller-
El v. Cockrell, 537 U.S. 322, 336-38, 123
S.Ct. 1029, 154 L.Ed.2d 931 (2003). When
the district court denies relief on procedur-
al grounds, the prisoner must demonstrate
both that the dispositive procedural ruling
is debatable, and that the motion states a
debatable claim of the denial of a constitu-
tional right. Slack, 529 U.S. at 484-85, 120
S.Ct. 1595.

We have independently reviewed the
record and conclude that Phillips has not
made the requisite showing. Accordingly,
we deny a certificate of appealability and
dismiss the appeal. We dispense with oral
argument because the facts and legal con-
tentions are adequately presented in the
materials before this court and argument
would not aid the decisional process.

DISMISSED